IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, Individually, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:16cv874-WHA |
| JRN, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Stipulation for Dismissal With Prejudice, it is hereby

ORDERED the case is DISMISSED with prejudice.

DONE this 29th day of September, 2017.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE